**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Shell Eggs Antitrust Litigation | MDL No. |

**MOTION FOR TRANSFER AND COORDINATION
OR CONSOLIDATION UNDER 28 U.S.C. § 1407**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff King Kullen Grocery Co., Inc. ("Plaintiff"), by and through counsel, respectfully moves the Judicial Panel on Multidistrict Litigation (the "Panel") for an order transferring and centralizing the actions listed in the Schedule of Actions attached hereto, and all subsequent tag-along actions, to the United States District Court for the Southern District of Indiana, where the action brought by Plaintiff is pending,[1] for coordinated or consolidated pretrial proceedings.

Transfer and centralization is appropriate for the following reasons:

1. To date, six class action complaints, including Plaintiff's Action, have been filed regarding an alleged price-fixing conspiracy among major producers of conventional eggs to artificially inflate the benchmark prices at which they sell their eggs. Of these actions, one other action is pending in this District, three are pending in the Northern District of Illinois, and one is pending in the Western District of Wisconsin (collectively, the "Related Actions").

2. Transfer and centralization of Plaintiff's Action and the Related Actions will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

---

[1] *King Kullen Grocery Co., Inc. v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-02274-SEB-MJD (S.D. Ind.) ("Plaintiff's Action").

3.      The Related Actions are in a similar procedural posture to Plaintiff's Action: all are still in their early stages, and Plaintiff is unaware of discovery yet to be conducted in any of the Related Actions. Accordingly, centralization will allow a single judge to efficiently resolve common legal and factual issues and streamline discovery.

4.      The Southern District of Indiana offers a convenient location for the parties and witnesses. The Indianapolis area offers convenient travel for parties and witnesses located across the United States. Moreover, Defendant Rose Acre Farms, Inc. is headquartered in the Southern District of Indiana.

5.      Docket conditions in the Southern District of Indiana are more favorable than those within jurisdictions in which the Related Actions are pending. While there are currently twelve multidistrict litigations ("MDLs") pending in the Northern District of Illinois, there is just one pending MDL in the Southern District of Indiana.

6.      This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently with this motion.

WHEREFORE, Plaintiff respectfully requests that the Panel order that the Plaintiff's Action and the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to and centralized in the Southern District of Indiana for consolidated or coordinated pretrial proceedings.

.

Dated: November 19, 2025

Respectfully submitted,

*/s/ David E. Kovel*
David E. Kovel
Thomas W. Elrod
Lauren Wands
James Isacks
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
(212) 371-6600
dkovel@kmllp.com
telrod@kmllp.com
lwands@kmllp.com
jisacks@kmllp.com

Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
(858) 834-2044
bgralewski@kmllp.com

Gregory S. Asciolla
Alexander E. Barnett
Jonathan S. Crevier
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com

Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Irwin B. Levin
Scott D. Gilchrist
Edward B. Mulligan V
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ilevin@cohenandmalad.com
sgilchrist@cohenandmalad.com
nmulligan@cohenmalad.com

*Attorneys for King Kullen Grocery Co., Inc.
and the Proposed Class*