**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Shell Eggs Antitrust Litigation | MDL No. |

**SCHEDULE OF RELATED ACTIONS**

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** King Kullen Grocery Co., Inc.<br><br>**Defendant:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | S.D. Ind. | 1:25-cv-02274 | |
| B | **Plaintiff:** Nineteenseventynine LLC d/b/a The Breakfast Joynt<br><br>**Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | S.D. Ind. | 1:25-cv-02301-RLY-MJD | Richard L. Young |
| C | **Plaintiff:** Birchmans Parisian, LLC (d/b/a Lisciandro's Restaurant) | N.D. Ill. | 1:25-cv-14030 | Steven C. Seeger |

|  | | | | |
|---|---|---|---|---|
| | **Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | | | |
| D | **Plaintiff:** Matthew Edlin<br><br>**Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms East, Inc., Hillandale Farms, Inc., Daybreak Foods, Inc., Urner Barry Publications, Inc., Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | W.D. Wis. | 3:25-cv-00946-AMB | Anita Marie Boor |
| E | **Plaintiff:** Phil-N-Cindy's Lunch, Inc.<br><br>**Defendants:** Cal-Maine Foods, Inc, Rose Acre Farms, Inc., Hillandale Farms Corp., Daybreak Foods, Inc., Versova Holdings, LLC., and Doe Defendants 1-20 | N.D. Ill. | 1:25-cv-14082 | Edmond E. Chang |
| F | **Plaintiffs:** Tariq Habash, Delia Govea, Andrew Phillips, and Catalina Torres<br><br>**Defendants:** Urner Barry Publications, Inc., Cal-Maine Foods, Inc, Rose Acre Farms, Inc., Hillandale Farms Corp., Daybreak Foods, Inc., Opal Foods LLC | N.D. Ill. | 1:25-cv-14112 | |

Dated: November 19, 2025

Respectfully submitted,

*/s/ David E. Kovel*
David E. Kovel
Thomas W. Elrod
Lauren Wands
James Isacks
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
(212) 371-6600
dkovel@kmllp.com
telrod@kmllp.com
lwands@kmllp.com
jisacks@kmllp.com

Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
(858) 834-2044
bgralewski@kmllp.com

Gregory S. Asciolla
Alexander E. Barnett
Jonathan S. Crevier
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com

Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Irwin B. Levin
Scott D. Gilchrist
Edward B. Mulligan V
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ilevin@cohenandmalad.com
sgilchrist@cohenandmalad.com
nmulligan@cohenmalad.com

*Attorneys for King Kullen Grocery Co., Inc.
and the Proposed Class*