# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3175 & Title - **IN RE**: SHELL EGGS ANTITRUST LITIGATION

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED** (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)
Versova Holdings, LLC

**SHORT CASE CAPTION(s)** (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) **NOTE: Include only actions in which you are entering an Appearance.**
See attached schedule of actions. This entry of appearance applies to all cases where Versova Holdings, LLC is named as a Defendant.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 12/8/25 | /s/ Robin P. Sumner |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Robin P. Sumner, Troutman Pepper Locke
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103

Telephone No.: 215-981-4652   Fax No.: 215-981-4750

Email Address: Robin.Sumner@Troutman.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Shell Eggs Antitrust Litigation | MDL No. |

## SCHEDULE OF RELATED ACTIONS

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** King Kullen Grocery Co., Inc.<br><br>**Defendant:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | S.D. Ind. | 1:25-cv-02274 | |
| B | **Plaintiff:** Nineteenseventynine LLC d/b/a The Breakfast Joynt<br><br>**Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | S.D. Ind. | 1:25-cv-02301-RLY-MJD | Richard L. Young |
| C | **Plaintiff:** Birchmans Parisian, LLC (d/b/a Lisciandro's Restaurant) | N.D. Ill. | 1:25-cv-14030 | Steven C. Seeger |

| | | | | |
|---|---|---|---|---|
| | **Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc., and Hillandale Farms, Inc, Daybreak Foods, Inc., Urner Barry Publications, Inc. d/b/a Expana, Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | | | |
| D | **Plaintiff:** Matthew Edlin<br><br>**Defendants:** Cal-Maine Foods, Inc., Rose Acre Farms, Inc., Versova Holdings, LLC, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms East, Inc., Hillandale Farms, Inc., Daybreak Foods, Inc., Urner Barry Publications, Inc., Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | W.D. Wis. | 3:25-cv-00946-AMB | Anita Marie Boor |
| E | **Plaintiff:** Phil-N-Cindy's Lunch, Inc.<br><br>**Defendants:** Cal-Maine Foods, Inc, Rose Acre Farms, Inc., Hillandale Farms Corp., Daybreak Foods, Inc., Versova Holdings, LLC., and Doe Defendants 1-20 | N.D. Ill. | 1:25-cv-14082 | Edmond E. Chang |
| F | **Plaintiffs:** Tariq Habash, Delia Govea, Andrew Phillips, and Catalina Torres<br><br>**Defendants:** Urner Barry Publications, Inc., Cal-Maine Foods, Inc, Rose Acre Farms, Inc., Hillandale Farms Corp., Daybreak Foods, Inc., Opal Foods LLC | N.D. Ill. | 1:25-cv-14112 | |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Robin P. Sumner, an attorney, certify that a copy of the foregoing Notice of Appearance and this Proof of Service, were electronically filed with the Clerk of the Court through the CM/ECF System and served on all parties via ECF, email or First Class U.S. Mail, postage-pre-paid, as set forth below, on December 8, 2025.

                                                   */s/ Robin P. Sumner*