**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:**<br>Karen K. Caldwell<br>United States District Court<br>Eastern District of Kentucky | **MEMBERS:**<br>Nathaniel M. Gorton<br>United States District Court<br>District of Massachusetts | Matthew F. Kennelly<br>United States District Court<br>Northern District of Illinois | **DIRECT REPLY TO:**<br>James V. Ingold<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>   Judiciary Building |
| | David C. Norton<br>United States District Court<br>District of South Carolina | Roger T. Benitez<br>United States District Court<br>Southern District of California | Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |
| | Dale A. Kimball<br>United States District Court<br>District of Utah | Madeline Cox Arleo<br>United States District Court<br>District of New Jersey | Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

**COURTHOUSE ADVISORY NOTICE**

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

USE OF ELECTRONIC DEVICES IN THE COURTHOUSE

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse, such devices will be allowed in the courtroom so long as they do not either disrupt the hearing session or pose a security threat. Cell phone calls cannot be either made from or answered in the courtroom, used to record or transmit court proceedings. All such devices must be either turned off or set to the silent or vibrate mode. General public must adhere to the same protocols.

Please see the Southern District of California [website](#) and [Courtroom Technology Guidance](#).