**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SHELL EGGS ANTITRUST LITIGATION | MDL No. 3175 |

**NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 37 AND 38**

Please take notice that on behalf of Plaintiff Yell-O-Glow Corporation, Attorney Robert Bonsignore respectfully withdraws from the Court's docket items number 37 (Notice of Appearance) and 38 (Response in Opposition), filed on December 15, 2025. Please also take note that Counsel intends to refile these documents at a future date.

Dated: December 22, 2025

                                        */s/ Robert J Bonsignore*
                                        Robert J. Bonsignore
                                        **Bonsignore Trial Lawyers, PLLC**
                                        193 Plummerhill Road
                                        Belmont, NH 03220
                                        Phone: (781) 350-0000
                                        Cell Phone: (781) 354-1800
                                        Fax: (702) 852-5726

                                        *Attorney for Plaintiff Yell-O-Glow and the*
                                        *Proposed Class of Direct Purchasers*