# **APPENDIX A**

APPENDIX A

**Distances between Courthouses and Defendants' Principal Places of Business**

| Defendant:[1] | Distance to S.D. Indiana[2] | Distance to N.D. Illinois[3] | Distance to W.D. Wisconsin[4] |
|---|---|---|---|
| **Cal-Maine Foods, Inc.[5]** | 554 miles | 667 miles | 737 miles |
| **Rose Acre Farms, Inc.[6]** | 58 miles | 222 miles | 338 miles |
| **Versova Holdings, LLC[7]** | 567 miles | 444 miles | 343 miles |
| **Hillandale Farms, Inc.[8]** | 479 miles | 564 miles | 670 miles |
| **Daybreak Foods, Inc.[9]** | 270 miles | 106 miles | 25 miles |
| **Urner Barry Publications, Inc.[10]** | 631 miles | 710 miles | 811 miles |

---

[1] Distances calculated with https://www.gps-coordinates.net/distance. Distances are rounded to the nearest whole number.

[2] This courthouse is located at 46 East Ohio Street Indianapolis, IN 46204. *See* https://www.insd.uscourts.gov/court-info/court-locations.

[3] This courthouse is located at 219 South Dearborn Street Chicago, IL 60604. *See* https://www.ilnd.uscourts.gov/LandingPage.php?page=About_the_Court.

[4] This courthouse is located at 120 N. Henry St., Rm. 320 Madison, WI 53703. *See* https://www.wiwd.uscourts.gov/contact-information.

[5] For distance calculation, the address used was 1052 Highland Colony Parkway, Ridgeland, MS 39157. *See* https://www.calmainefoods.com/contact-us.

[6] For distance calculation, the address used was 1657 W Tipton St. Seymour, IN 47274. *See* https://www.goodegg.com/our-story/contact-us.

[7] King Kullen Compl. ¶ 32; for distance calculation, the address used was Sioux Center, IA.

[8] For distance calculation, the address used was 3910 Oxford Road York Springs, PA 17325. *See* https://www.hillandalefarms.com/. Note that while the website states Gettysburg as the town, Google Maps recognized the address as being in York Springs. *See* https://maps.app.goo.gl/cRFdkVcCAeMNbESLA.

[9] For distance calculation, the address used was 533 E Tyranena Park Rd, Lake Mills, WI 53551. *See* https://daybreakfoods.com/contact-us/; https://maps.app.goo.gl/zQu7yJhDTQoi9G14A.

[10] For distance calculation, the address used was 1001 Corporate Circle, Toms River, NJ 08755. *See* https://www.urnerbarry.com/contactus.

| | | | |
|---|---|---|---|
| **Egg Clearinghouse, Inc.**[11] | 825 miles | 857 miles | 933 miles |
| **United Egg Producers**[12] | 410 miles | 572 miles | 684 miles |
| **Opal Foods, LLC**[13] | 479 miles | 487 miles | 489 miles |
| **Average Distance:** | 475 miles[14] | 514 miles[15] | 559 miles[16] |

Dated: December 22, 2025

Respectfully submitted,

*/s/ David E. Kovel*
David E. Kovel
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Fax: (212) 371-6600
dkovel@kmllp.com

***Counsel for King Kullen Grocery Co., Inc.***

---

[11] For distance calculation, the address used was Dover, NH. *See* https://www.eggs.org/contact.

[12] For distance calculation, the address used was 6455 E Johns Crossing, Johns Creek, GA 30097. *See* https://unitedegg.com/contact/; https://maps.app.goo.gl/k6kpt2TTK51KviUq8.

[13] For distance calculation, the address used was 16194 Hwy 59 Neosho, MO 64850. https://www.opal-foods.com/contact-us.

[14] Calculation: (554+58+567+479+270+631+825+410+479)/9

[15] Calculation: (667+222+444+564+106+710+857+572+487)/9

[16] Calculation: (737+338+343+670+25+811+933+684+489)/9