BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | | | |
|---|---|---|---|---|
| | In re: Shell Eggs Antitrust Litigation | | MDL No. 3175 | |

## SCHEDULE OF RELATED ACTIONS

| | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff**: King Kullen Grocery Co., Inc. **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC.; Hillandale Farms East, Inc.; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc. d/b/a Expana; Egg Clearinghouse, Inc., United Egg Producers, and John Does 1-10 | S.D. Ind. | 1:25-cv-02274 | Judge Tanya Walton Pratt |
| 2 | **Plaintiff**: Nineteenseventynine LLC d/b/a The Breakfast Joynt **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC.; Hillandale Farms East, Inc.; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc. d/b/a Expana; Egg Clearinghouse, Inc.; United Egg Producers; and John Does 1-10 | S.D. Ind. | 1:25-cv-02301 | Judge Richard L. Young |
| 3 | **Plaintiff**: Birchmans Parisian, LLC (d/b/a Lisciandro's Restaurant) **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Hillandale Farms Corp.; Daybreak Foods, Inc.; Versova Holdings, LLC; and Doe Defendants 1-20 | N.D. Ill. | 1:25-cv-14030 | Judge Steven C. Seeger |
| 4 | **Plaintiff**: Matthew Edlin **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC.; Hillandale Farms East, Inc.; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc.; Egg | W.D. Wis. | 3:25-cv-00946 | Chief Judge James D. Peterson |

| | | | | |
|---|---|---|---|---|
| | Clearinghouse, Inc.; United Egg Producers; and John Does 1-10 | | | |
| 5 | **Plaintiff**: Phil-N-Cindy's Lunch, Inc. **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Hillandale Farms Corp.; Daybreak Foods, Inc.; Versova Holdings, LLC; and Doe Defendants 1-20 | N.D. Ill. | 1:25-cv-14082 | Judge Edmond E. Chang |
| 6 | **Plaintiffs**: Tariq Habash; Delia Govea; Andrew Phillips; and Catalina Torres **Defendants**: Urner Barry Publications, Inc.; Cal-Maine Foods, Inc.; Daybreak Foods, Inc.; Hillandale Farms Corporation; Opal Foods LLC; and Rose Acre Farms, Inc. | N.D. Ill. | 1:25-cv-14112 | Judge Sharon Johnson Coleman |
| 7 | **Plaintiff**: Yell-O-Glow Corporation **Defendants**: Cal-Maine Foods, Inc.; Daybreak Foods, Inc.; Hillandale Farms Corp.; Rose Acre Farms, Inc.; Versova Holdings, LLC; and Doe Defendants 1-20 | N.D. Ill. | 1:25-cv-15084 | Judge April M. Perry |
| 8 | **Plaintiffs**: India Price; Lakia Session; and Karen Solomon **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC.; Hillandale Farms East, Inc.; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc.; Egg Clearinghouse, Inc.; United Egg Producers; and John Does 1-10 | W.D. Wis. | 3:25-cv-1016 | Chief Judge James D. Peterson |
| 9 | **Plaintiff**: Taylor Egg Products, Inc. **Defendants**: Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC.; Hillandale Farms East, Inc; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc. d/b/a Expana; Egg Clearinghouse, Inc.; United Egg Producers; and John Does 1-10 | S.D. Ind. | 1:25-cv-02554 | Judge Matthew P. Brookman |
| 10 | **Plaintiff:** Mary Hudson and Amy Sparrow **Defendants:** Cal-Maine Foods, Inc.; Rose Acre Farms, Inc.; Versova | S.D. Ind. | 1:25-cv-02573 | Judge Richard L. Young |

| | | | |
|---|---|---|---|
| Holdings, LLC; Hillandale Farms of Pa., Inc.; Hillandale-Gettysburg, LLC., Hillandale Farms East, Inc; Hillandale Farms, Inc.; Daybreak Foods, Inc.; Urner Barry Publications, Inc. d/b/a Expana; Egg Clearinghouse, Inc.; United Egg Producers; and John Does 1-10 | | | |

Dated: December 22, 2025

Respectfully submitted,

*/s/ David E. Kovel*
David E. Kovel
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Fax: (212) 371-6600
dkovel@kmllp.com

***Counsel for King Kullen Grocery Co., Inc.***