BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Shell Eggs Antitrust Litigation | MDL No. 3175 |

**PROOF OF SERVICE**

     I hereby certify that a copy of the foregoing Reply in Support of Motion for Transfer and Coordination or Consolidation was served by ECF, Email and/or U.S. First Class Mail on December 22, 2025 to the following:

**Plaintiffs' Counsel:**

| *Nineteenseventynine LLC d/b/a The Breakfast Joynt v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-02301-RLY-MJD (S.D. Ind.) | *Birchmans Parisian, LLC v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-14030 (N.D. Ill.) |
|---|---|
| Tyler Ewigleben<br>**JENNINGS & EARLEY PLLC**<br>500 President Clinton Avenue<br>Suite 110<br>Little Rock, AR 72201<br>Tel: (601) 270-0197<br>tyler@jefirm.com<br><br>David M. Cialkowski<br>Ian F. McFarland<br>Zachary J. Freese<br>Giselle M. Webber<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402<br>Tel: (612) 341-0400<br>Fax: (612) 341-0844<br>david.cialkowski@zimmreed.com<br>ian.mcfarland@zimmreed.com<br>zachary.freese@zimmreed.com<br>giselle.webber@zimmreed.com<br><br>Michael J. Flannery<br>**CUNEO GILBERT & LADUCA, LLP**<br>Two City Place Drive | Vincent Briganti<br>Raymond P. Girnys<br>Peter A. Barile III<br>Peter Demato<br>Nicole A. Veno<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Phone: (914) 997-0500<br>vbriganti@lowey.com<br>rgirnys@lowey.com<br>pbarile@lowey.com<br>pdemato@lowey.com<br>nveno@lowey.com<br><br>Christopher M. Burke<br>Amelia Burroughs<br>Yifan (Kate) Lv<br>Robin Stemen<br>**BURKE LLP**<br>402 West Broadway, Suite 1890<br>San Diego, CA 92101<br>Phone: (619) 369-8244<br>cburke@burke.law<br>aburroughs@burke.law<br>klv@burke.law |

| | |
|---|---|
| Second Floor<br>St. Louis, MO 63141<br>(314) 226-1015<br>mflannery@cuneolaw.com<br><br>Evelyn Riley<br>Daniel Cohen<br>Cody McCracken<br>**CUNEO GILBERT & LADUCA, LLP**<br>2445 M St. NW<br>Suite 740<br>Washington, DC 20037<br>Telephone: (202) 789-3960<br>Fax: (202) 789-1813<br>evelyn@cuneolaw.com<br>danielc@cuneolaw.com<br>cmccracken@cuneolaw.com<br><br>John "Don" Barrett<br>Katherine Barrett Riley<br>Sterling Aldridge<br>**BARRETT LAW GROUP, P.A.**<br>404 Court Square<br>Lexington, Mississippi 39095<br>Telephone: (662) 834-2488<br>Fax: (662) 834-2628<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com | rsteman@burke.law<br><br>Marco Cercone<br>Nicholas A. Vona<br>**RUPP PFALZGRAF LLC**<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>Telephone: (716) 854-3400<br>Facsimile: (716) 332-0336<br>cercone@rupppfalzgraf.com<br>vona@rupppfalzgraf.com<br><br>Amanda M. Williams<br>Daniel R. Olson<br>**BASSFORD REMELE P.A.**<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 333-3000<br>Facsimile: (612) 333-8829<br>awilliams@bassford.com<br>dolson@bassford.com |
| *Edlin v. Cal-Maine Foods, Inc., et al.*, No. 3:25-cv-946 (W.D. Wis.) | *Phil-N-Cindy's Lunch, Inc. v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-14082 (N.D. Ill.) |
| Brian J. Dunne<br>bdunne@bathaeedunne.com<br>Edward M. Grauman<br>egrauman@bathaeedunne.com<br>Kathryn J. Johnson<br>kjohnson@bathaeedunne.com<br>**BATHAEE DUNNE LLP**<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>Yavar Bathaee<br>yavar@bathaeedunne.com | Vincent Briganti<br>Raymond P. Girnys<br>Peter A. Barile III<br>Peter Demato<br>Nicole A. Veno<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Phone: (914) 997-0500<br>vbriganti@lowey.com<br>rgirnys@lowey.com<br>pbarile@lowey.com<br>pdemato@lowey.com<br>nveno@lowey.com |

| | |
|---|---|
| Andrew Chan Wolinsky<br>awolinsky@bathaeedunne.com<br>**BATHAEE DUNNE LLP**<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Allison Watson<br>**BATHAEE DUNNE LLP**<br>3420 Bristol Street, Suite 600<br>Costa Mesa, CA 92626<br>awatson@bathaeedunne.com | Christopher M. Burke<br>Amelia Burroughs<br>Yifan (Kate) Lv<br>Robin Stemen<br>**BURKE LLP**<br>402 West Broadway, Suite 1890<br>San Diego, CA 92101<br>Phone: (619) 369-8244<br>cburke@burke.law<br>aburroughs@burke.law<br>klv@burke.law<br>rsteman@burke.law<br><br>Marco Cercone<br>Nicholas A. Vona<br>**RUPP PFALZGRAF LLC**<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>Telephone: (716) 854-3400<br>Facsimile: (716) 332-0336<br>cercone@rupppfalzgraf.com<br>vona@rupppfalzgraf.com<br><br>Amanda M. Williams<br>Daniel R. Olson<br>**BASSFORD REMELE P.A.**<br>100 South Fifth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 333-3000<br>Facsimile: (612) 333-8829<br>awilliams@bassford.com<br>dolson@bassford.com |
| *Habash et al. v Urner Barry Publications, Inc., et al.*, No. 1:25-cv-14112 (N.D. Ill.) | *Yell-O-Glow Corporation v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-15084 (N.D. Ill.) |
| Blake Hunter Yagman<br>**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**<br>1330 Ave. of the Americas, Suite 23A<br>New York, New York 10019<br>Tel.: (929) 709-1493<br>byagman@sshhzlaw.com | Thomas Joseph Ellis, III<br>**NOLAN LAW GROUP**<br>20 North Clark Street<br>30th Floor<br>Chicago, IL 60602<br>Phone: (312) 630-4000<br>Fax: (312) 630-4011<br><br>Robert J. Bonsignore* |

3

| | **BONSIGNORE TRIAL LAWYERS, PLLC**<br>193 Plummerhill Road<br>Belmont, NH 03220<br>Phone: (781) 350-0000<br>Cell Phone: (781) 354 |
|---|---|
| *Price, et al. v. Cal-Maine Foods, Inc., et al.*, No. 3:25-cv-01016 (W.D. Wis.) | *Hudson et al. v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-2573 (S.D. Ind.) |
| Brian J. Dunne<br>bdunne@bathaeedunne.com<br>Edward M. Grauman<br>egrauman@bathaeedunne.com<br>Kaki J. Johnson<br>kjohnson@bathaeedunne.com<br>**BATHAEE DUNNE LLP**<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br><br>Yavar Bathaee<br>yavar@bathaeedunne.com<br>Andrew Chan Wolinsky<br>awolinsky@bathaeedunne.com<br>**BATHAEE DUNNE LLP**<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br><br>Allison Watson* (CA 328596)<br>awatson@bathaeedunne.com<br>**BATHAEE DUNNE LLP**<br>3420 Bristol Street, Suite 600<br>Costa Mesa, CA 92626<br>Tel: (213) 458-7075 | Carl V. Malmstrom<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, Illinois 60604<br>Tel: (312) 984-0000<br>Fax: (212) 686-0114<br>malmstrom@whafh.com<br><br>Thomas H. Burt<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>270 Madison Avenue<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 686-0114<br>burt@whafh.com<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Tel: (619) 239-4599<br>Fax: (619) 234-4599<br>byrd@whafh.com |

## **Defendants' Address:**

*Via First-Class Mail*

**Opal Foods, LLC**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street

Wilmington, DE 19801

**Defendants' Counsel:**

*Via E-mail:*

**Counsel for Cal-Maine Foods, Inc.**
Jules Cantor (S.D. Ind. # 6329510)
jules.cantor@kirkland.com
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone: 312-862-2000

**Counsel for Versova Holdings, LLC**
P. Russell Perdew (IN # 22617-45)
Rusty.Perdew@troutman.com
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-1712

**Counsel for Rose Acre Farms, Inc.**
Monica Brownewell Smith
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
E-mail: Monica.Brownewell@btlaw.com
Telephone: (317) 231-7205
Fax: (317) 231-7433

**Counsel for Daybreak Foods, Inc.**
Offer Korin, No. 14014-49
Brooke Smith, No. 32427-03
Jackson A. Hughes, No. 38226-49
STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN 46204-1708
Office: 317-464-1100; Fax: 317-464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com
jackson.hughes@skofirm.com

**Counsel for Urner Barry Publications, Inc.**
Natalie M. Pita
Eyitayo St. Matthew Daniel

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
npita@paulweiss.com
tstmatthewdaniel@paulweiss.com

**Counsel for Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, LLC, Hillandale Farms, Inc., Hillandale Farms East, Inc., and Hillandale Farms Corporation**
Joseph A. Zumpano (37603-49)
Jessica Laurin Meek (34677-53)
Duane R. Denton (13956-49)
Gregory A. Neibarger (22095-49)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
Facsimile: (317) 236-9907
joseph.zumpano@dentons.com
jessica.meek@dentons.com
rusty.denton@dentons.com
greg.neibarger@dentons.com

**Counsel for Egg Clearinghouse, Inc.**
Christopher E. Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Ste. 600
Washington, D.C. 20004
Tel.: (202) 416-6800
Fax: (202) 416-6899
condeck@proskauer.com

**Counsel for United Egg Producers**
Christopher E. Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Ste. 600
Washington, D.C. 20004
Tel.: (202) 416-6800
Fax: (202) 416-6899
condeck@proskauer.com

6

Dated: December 22, 2025

                                                Respectfully submitted,

*/s/ David E. Kovel*
David E. Kovel
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Fax: (212) 371-6600
dkovel@kmllp.com

***Counsel for King Kullen Grocery Co., Inc.***