IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

MDL No. 3175 – **SHELL EGGS ANTITRUST LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Western District of Wisconsin hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable James D. Peterson for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge

Date: February 9, 2026

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

  Ms. Marcella R. Lockert, Acting Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ fax number 202-502-2888 or email address MDLPanelOrders@JPML.USCOURTS.GOV.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Josh R. Bullock, at 202-502-2800.**